IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TRACY LYNNE BREECH BROUSSARD** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 16-0149-CG-M ) |
| **CITIMORTGAGE INC, and PENNYMAC CORP.,** | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the relevant pleadings and the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 22, 2016, is adopted as the opinion of this Court.

**DONE and ORDERED** this 19th day of October, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE